CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

MAY 06 2016

JULIA C. DUDLEY, CLERK
BY: HMcDonald
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

LATRON DUPREE BROWN,           )     Civil Action No. 7:16-cv-00143
    Plaintiff,                 )
                          )     **MEMORANDUM OPINION**
v.                             )
                          )     **By:    Jackson L. Kiser**
MARTIN KUMER, _et al_,          )     **Senior United States District Judge**
    Defendant(s).              )

Latron Dupree Brown, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983. By Order entered March 28, 2016, the court directed plaintiff to submit within 10 days from the date of the Order an inmate account form, and a certified copy of plaintiff's trust fund account statement for the six-month period immediately preceding the filing of the complaint, obtained from the appropriate prison official of each prison at which plaintiff is or was confined during that six-month period. On April 7, 2016, the plaintiff returned a signed inmate account report from the trust officer but did not include the required six-month statements. On April 8, 2016 the court gave plaintiff one last opportunity to provide the required documentation. On April 11, 2016 the plaintiff sent in a notice of change of address which the court noted and then forwarded the April 8, 2016 order directing the plaintiff to respond within ten days with the required financial documentation. On April 22, 2016 plaintiff once again only returned an inmate account report signed by the trust officer but did not supply the required six-month statements. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 10 days have elapsed, and plaintiff has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and strikes the case

from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This ____6th____ day of ~~April~~ May, 2016.

Senior United States District Judge