# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

MAY 0 6 2016

JULIA C. DUDLEY, CLERK
BY: HMcDonald
DEPUTY CLERK

LATRON DUPREE BROWN,      )
    Plaintiff,      )    Civil Action No. 7:16-cv-00143
               )
v.                )    **DISMISSAL ORDER**
               )
MARTIN KUMER, *et al*,      )    By:    Jackson L. Kiser
    Defendant(s).      )    Senior United States District Judge

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action

is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum

Opinion to plaintiff.

ENTER: This 6th day of ~~April~~ May, 2016.

                              Senior United States District Judge